facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Afshan Syed Kazmi, as personal representative of the Estate of Syed Aftab Kazmi, appeals the district court's order dismissing her appeal from the bankruptcy court's ruling dismissing, without prejudice, the underlying bankruptcy proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kazmi v. Wells Fargo Bank, N.A. Nos. 1:16–cv–00178–LMB–IDD; 15–11836–RGM (E.D. Va. Apr. 5, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

**Afshan Syed KAZMI, as personal representative of the Estate of Syed Aftab Kazmi, Debtor–Appellant,**

v.

**WELLS FARGO BANK, N.A., Creditor–Appellee,**

and

**Judy A. Robbins, United State Trustee, Trustee–Appellee.**

**No. 16-1512**

United States Court of Appeals, Fourth Circuit.

Submitted: October 26, 2016

Decided: November 4, 2016

Afshan Syed Kazmi, Appellant Pro Se. Bradley David Jones, Office of the United States Trustee, Alexandria, Virginia; Robert Joseph Schneider, Jr., United States Department of Justice, Washington, D.C., for Appellees.

Before WYNN, DIAZ, and THACKER, Circuit Judges.

**Robert ENKEMA, Plaintiff–Appellant,**

v.

**FTI CONSULTING, INC.; FTI LLC, Defendants–Appellees.**

**No. 16-1842**

United States Court of Appeals, Fourth Circuit.

Submitted: October 7, 2016

Decided: November 4, 2016

